Esther Lerner, complainant-appellant,

*v.*

Star Building and Loan Association, defendant-respondent.

[Decided April 25th, 1940.]

356

358

*Messrs. Budd & Larner,* for the appellant.

*Messrs. Schotland & Schotland,* for the respondent.

PER CURIAM.

The decree and order appeal from will be affirmed, for the reasons stated in the opinion filed in the court below.

*For affirmance*—CASE, BODINE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WOLFSKEIL, HAGUE, JJ. 9.

*For reversal*—THE CHIEF-JUSTICE, HEHER, RAFFERTY, JJ. 3.